THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Trevor Kelley,<br><br>         Plaintiff,<br><br>v.<br><br>Sushi Monster Farmington, LLC<br>d.b.a. Sushi Monster,<br><br>         Defendant. | Case No.: 2:17-cv-00726-CW-EJF<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Assigned to Judge Clark Waddoups<br>Referred to Magistrate Judge Evelyn J. Furse |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Trevor Kelley, and Defendant, Sushi Monster Farmington, LLC d.b.a. Sushi Monster, hereby stipulate that the above referenced Action be dismissed with prejudice, with each party to bear their own fees and costs.

**RESPECTFULLY** submitted on this 12th day of September 2018.

| | |
|---|---|
| */s/ James K. Ord, III*<br>JAMES K. ORD, III, ESQ.<br>THE ORD FIRM, P.C.<br>P.O. Box 16266<br>Salt Lake City, UT 84116<br>Telephone: (435) 214-1433<br>Email: james@utahADAlaw.com<br>*Attorney for Plaintiff* | */s/ Reid W. Lambert* (with permission)<br>REID W. LAMBERT<br>WOODBURY & KESLER PC<br>525 E 100 S, Ste 300<br>Salt Lake City, UT 84102<br>Telephone: (801) 364-1100<br>Email: rwlambert@wklawpc.com<br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of September 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Anthony M. Grover
WOODBURY & KESLER PC
525 E 100 S STE 300
SALT LAKE CITY, UT 84102
(801)364-1100
Email: tgrover@wklawpc.com
*Attorney for Defendant*

Reid W. Lambert
WOODBURY & KESLER PC
525 E 100 S STE 300
SALT LAKE CITY, UT 84102
(801)364-1100
Email: rwlambert@wklawpc.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*